IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S HIW, INC., AND L G SOURCING, INC., )<br>)<br>)<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>NEXTEP, INC., )<br>)<br>Defendant ) | 5:08 CV 02 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* (#6) of David Craig Hilliard of the law firm of Pattishall McAuliffe, 311 South Wacker Drive, Suite 5000, Chicago, IL 60606, to appear as counsel for the defendant in this matter filed on February 1, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that David Craig Hilliard is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: February 4, 2008

Dennis L. Howell
United States Magistrate Judge