IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S HIW, INC., AND L G SOURCING, INC., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | 5:08 CV 02 |
| NEXTEP, INC., | ) ) | |
| Defendant | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#13) of Kimball R. Anderson of the law firm of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601, as counsel for the plaintiffs in this matter filed on February 22, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Kimball R. Anderson is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: February 23, 2008

Dennis L. Howell
United States Magistrate Judge